U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2022 JUN 30 P 3:09

CAROL L. MICHEL
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

INDICTMENT FOR VIOLATIONS OF THE ANIMAL WELFARE ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-00132 |
| v. | * | SECTION: SECT. H MAG. 4 |
| DAVID GUIDRY III | * | VIOLATIONS: 7 U.S.C. § 2156(b) |
| | | 18 U.S.C. § 49(a) |
| | * | 18 U.S.C. § 2 |
| | * | |

* * *

The Grand Jury charges that:

**COUNTS 1-7**
(Possession of Animals for an Animal Fighting Venture)

A.   **AT ALL TIMES MATERIAL HEREIN**:

1.   An "animal fighting venture" was "any event, in and affecting interstate and foreign commerce, that involves a fight conducted and to be conducted between at least 2 animals for purposes of sport, wagering, and entertainment." 7 U.S.C. § 2156(f)(1).

2.  Defendant **DAVID GUIDRY III** resided in Independence, Louisiana.

B. **THE OFFENSE:**

On or about October 24, 2017, in the Eastern District of Louisiana and elsewhere, the defendant, **DAVID GUIDRY III**, did knowingly possess and receive the following dogs for purposes of having the dogs participate in an animal fighting venture:

| COUNT | ANIMAL IDENTIFICATION/DESCRIPTION |
|---|---|
| 1 | USM-018, black male pitbull-type dog |
| 2 | USM-019, red female pitbull-type dog |
| 3 | USM-020, brown male pitbull-type dog |
| 4 | USM-021, tan female pitbull-type dog |
| 5 | USM-058, red male pitbull-type dog |
| 6 | USM-059, red female pitbull-type dog |
| 7 | USM-060, red female pitbull-type dog |

All in violation of Title 7, United States Code, Section 2156(b), and Title 18, United States Code, Sections 2 and 49(a).

A TRUE BILL: █

DUANE A. EVANS
UNITED STATES ATTORNEY

JONATHAN L. SHIH
Assistant United States Attorney

TODD KIM
ASSISTANT ATTORNEY GENERAL
ENVIRONMENT AND NATURAL
RESOURCES DIVISION

MATTHEW D. EVANS
Trial Attorney
ENVIRONMENT AND NATURAL
RESOURCES DIVISION

New Orleans, Louisiana
June 30, 2022

3

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

_____ Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

**DAVID GUIDRY III**

# INDICTMENT

### INDICTMENT FOR VIOLATIONS OF THE ANIMAL WELFARE ACT

VIOLATION:   7 U.S.C. § 2156(b)
             18 U.S.C. § 49(a)
             18 U.S.C. § 2



A true ____

Filed in open court this _____ day of _____ A.D. 2022.

_____ Clerk

Bail, $ _____

_____
Jonathan L. Shih
Assistant United States Attorney