PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☑ INDICTMENT

CASE NO. 22-00132

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: David Guidry III

Address:

SECT. HMAG. 4

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF LOUISIANA Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Donna V. Knight
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned): Jonathan L. Shih

☐ Interpreter Required  Dialect: _____

Birth Date 1974
☑ Male ☐ Female
☐ Alien (if applicable)

Social Security Number xxx-xx-6121

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
F.B.I.

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Independence  County: Tangipahoa

**DEFENDANT**

Issue: ☐ Warrant ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Samuel Scillitani
☐ FPD ☐ CJA ☐ RET'D
☑ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts 7 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 7:2156(b), 18:49(a), 18:2 | Possession of Animals for an Animal Fighting Venture | 1-7 |