# TO: DOCKET CLERK

## __MAGISTRATE CASE NUMBER

**22-00132**

OR   **SECT.HMAG.4**

**_X_ NO MAGISTRATE PAPERS WERE FOUND**

for

## NAME: _DAVID GUIDRY III_

*Initials:* **CMS**

If you receive this note without any initials,

please return the entire packet to criminal desk.

Thank you